RAINES *v.* BARRETT.

FISH, C. J. There was sufficient evidence to support the verdict for the defendant; the alleged newly discovered evidence was merely cumulative and impeaching in character; there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 562. JUNE 14, 1918.

Complaint for land. Before Judge Tarver. Whitfield superior court. July 14, 1917.

*J. J. Copeland* and *Maddox, McCamy & Shumate,* for plaintiff.

*J. M. Rudolph* and *W. E. Mann,* for defendant.